1044

[No. 53078-0-I.   Division One.   September 20, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. JOE BONE-CLUB, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 99-1-00831-9, Steven J. Mura, J., entered September 9, 2003. *Reversed* by unpublished per curiam opinion.

[No. 22155-5-III.   Division Three.   October 14, 2004.]

*In the Matter of the Marriage of* ROBERT GARY COMBS, *Appellant*, and LISA ANN COMBS, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 97-3-02616-2, Ellen K. Clark, J., entered May 21, 2003. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Sweeney, A.C.J., and Kurtz, J.

[No. 49709-0-I.   Division One.   October 18, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. TRACEY JADE JOHNSTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-06348-7, Dale B. Ramerman, J., entered November 16, 2001. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Cox, C.J., and Agid, J.

[No. 51634-5-I.   Division One.   October 18, 2004.]

REDMOND-PACIFIC ASSOCIATES GENERAL PARTNERSHIP, ET AL., *Appellants*, v. SIXTY-01 ASSOCIATION OF APARTMENT OWNERS, ET AL., *Respondents*.

Appeal from judgments of the Superior Court for King County, No. 00-2-22453-2, Mary Yu, J., entered January 4 and 22, June 6, and December 13, 2002. *Affirmed in part* and *reversed in part* by unpublished opinion per Becker, J., concurred in by Cox, C.J., and Coleman, J.